## MARCHANT *v.* CITY OF TIFTON.

LEWIS, J.  In a writ of error from a judgment of the superior court refusing to sanction a petition for certiorari, it is necessary that a copy of the petition for certiorari be embodied in the bill of exceptions, or attached thereto and verified by the judge.  The judge having refused to sanction the petition, the same can not be lawfully filed, and could not be brought up as a part of the record of the case.  *Lake* v. *Kellum,* 99 *Ga.* 130.

                  *Writ of error dismissed.  All the Justices concurring.*

Argued February 21,—Decided March 1, 1898.

*Fulwood, Murray & Paulk* and *C. C. Hall,* for plaintiff in error.

*F. G. Boatright,* contra.

---

## BROWN *v.* MAYOR AND COUNCIL OF SOCIAL CIRCLE.

COBB, J.  1. Points presented in the record, but not insisted on in the argument or in the briefs filed, will not be considered.  *Thompson* v. *Waterman,* 100 *Ga.* 586.

2. The evidence was sufficient to authorize the judgment of the mayor's court, and there was no error in overruling the certiorari.

                  *Judgment affirmed.  All the Justices concurring.*

Submitted February 21,—Decided March 1, 1898.

Certiorari.    Before Judge Hutchins.    Walton superior court. August 28, 1897.

*James F. Rogers,* for plaintiff in error.

*W. S. Upshaw,* contra.